1058

No. 99–8042. JOHNSTONE v. BAYER, DIRECTOR, NEVADA DE-
PARTMENT OF PRISONS. C. A. 9th Cir. Certiorari denied.

No. 99–8046. COHEN v. BLANCHET ET AL. C. A. 2d Cir. Cer-
tiorari denied.

No. 99–8047. BURK v. KANSAS. Ct. App. Kan. Certiorari de-
nied.

No. 99–8048. ARRINGTON v. BROWARD COMMUNITY COLLEGE,
SOUTH CAMPUS. C. A. 11th Cir. Certiorari denied.

No. 99–8049. BUNNEY v. MOORE, SECRETARY, FLORIDA DE-
PARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certio-
rari denied.

No. 99–8053. WHITE v. DOWNES. C. A. 6th Cir. Certiorari
denied.

No. 99–8060. CAREY v. SMITH ET AL. C. A. 5th Cir. Certio-
rari denied.

No. 99–8061. COOK v. JOHNSON, DIRECTOR, TEXAS DEPART-
MENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A.
5th Cir. Certiorari denied.

No. 99–8063. COLLINS v. JOHNSON, DIRECTOR, TEXAS DEPART-
MENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A.
5th Cir. Certiorari denied.

No. 99–8066. SAIYED v. WASHINGTON. C. A. 9th Cir. Certio-
rari denied.

No. 99–8084. TAYLOR v. FLORIDA. Dist. Ct. App. Fla., 5th
Dist. Certiorari denied.

No. 99–8086. BRYSON v. GIBSON, WARDEN. C. A. 10th Cir.
Certiorari denied.

No. 99–8112. WOJTASZEK v. PENNSYLVANIA. Super. Ct. Pa.
Certiorari denied.

No. 99–8122. OGUNDE v. ANGELONE, DIRECTOR, VIRGINIA DE-
PARTMENT OF CORRECTIONS. Sup. Ct. Va. Certiorari denied.